UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20788-RKA

RENZO BARBERI,

      Plaintiff,

vs.

KROME BREWING COMPANY LLC, a
Florida Limited Liability Company,

      Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

    Plaintiff, RENZO BARBERI, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action without prejudice.

Dated this February 09, 2026.

Respectfully submitted,

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, RENZO BARBERI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-20788-RKA

RENZO BARBERI,

    Plaintiff,

vs.

KROME BREWING COMPANY LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 09, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified.


By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

## SERVICE LIST:

RENZO BARBERI, Plaintiff, vs. KROME BREWING COMPANY LLC, a Florida Limited Liability Company, Defendant

United States District Court Southern District of Florida

Case No. 1:25-cv-20788-RKA

**KROME BREWING COMPANY LLC**

Registered Agent:
Ernesto Rodriguez
17480 SW 232 Street
Miami, FL 33170
Email: ranchokrome232@gmail.com

**VIA E-MAIL**